IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANEL N. SMITH,                         )<br>        *Plaintiff,*           )<br>                             )<br>   vs.                                              )<br>                             )<br>UNITED STATES OF AMERICA,  )<br>et. al.,                                        )<br>        *Defendants.*         ) | Case No.   15-33-NJR-PMF |

### MINUTES OF COURT AND MINUTE ORDER

DATE: January 12, 2016                                                LOCATION: Benton

**PRESENT:  HON. PHILIP M. FRAZIER, Magistrate Judge**

DEPUTY CLERK:  Karen R. Metheney                COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF:   Janel N. Smith, *pro se*

COUNSEL FOR DEFENDANT:   Laura J. Jones, AUSA

PROCEEDINGS: Scheduling and Discovery Conference (telephonic)

      Scheduling and Discovery Conference held and continued.
      The Court stays discovery until ruling on the pending motions (Docs. 15 and 16).  AUSA Jones is requested to notify the Court upon entry of those rulings so that the Scheduling and Discovery Conference may be reset.